435 A.2d 244

Commonwealth v. Haley, Appellant.

 Submitted September 10, 1980. Thomas Bruno, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.